Clarence SMALL, Plaintiff-Appellant,

v.

Warden Willie L. EAGLETON, Official Capacity; Officer Bradsher; Officer Shaw, all sued in their individual capacity, Defendants-Appellees.

No. 17-6761

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 20, 2017

Clarence Small, Appellant Pro Se. James M. Davis, Jr., DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Small appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of Appellees in Small's 42 U.S.C. § 1983 (2012) action. On appeal, we confine our review to the issues raised in Small's informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). Although we conclude that Small's objections to the magistrate judge's report were sufficient to preserve appellate review, *see Martin v. Duffy*, 858 F.3d 239, 245-46 (4th Cir. 2017), we have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Small v. Eagleton*, No. 2:16-cv-02553-HMH, 2017 WL 2362385 (D.S.C. May 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*